2004 VT 81

**In re William Paul YONCE, Esq.**

[858 A.2d 238]

No. 04-182

July 28, 2004. William Paul Yonce having been disbarred by the Supreme Judicial Court of the Commonwealth of Massachusetts for misappropriation of client settlement funds, it is hereby ordered that William Paul Yonce be disbarred pursuant to the reciprocal discipline provision of the Permanent Rules Governing Establishment and Operation of the Professional Responsibility Program, A.O. 9, Rule 20.